UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRIAN A VEALS** | **CASE NO.  6:24-CV-01801** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JOHNNY HEDGEMON, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 12] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the COMPLAINT and AMENDED COMPLAINT [Docs. 6, 7] are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED in Chambers this 11th day of September, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT